IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE LINE CONSTRUCTION BENEFIT FUND, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 25-CV-00311 |
| v. | ) ) | Hon. Joan B. Gottschall |
| JOSCO CONSTRUCTON SERVICES, INC. | ) ) ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiffs, TRUSTEES OF THE LINE CONSTRUCTION BENEFIT FUND ("Plaintiffs" or "the Fund"), and Defendant, JOSCO CONSTRUCTION SERVICES, INC. ("Defendant" or "Josco"), by and through their respective undersigned attorneys, submit this Joint Status Report pursuant to the Court's August 7, 2025 minute order (Dkt.17) as follows:

1. As of the filing of this report, Defendant has provided all requested records in its possession, and the Audit is underway.

2. The Parties remain confident that once the Audit is complete, they can engage in meaningful settlement discussions, and prefer to continue to preserve resources by staying any discovery obligations while the Audit is pending.

3. Fact Discovery has been stayed (see Dkt. 15, 17), but is currently set to close on October 31, 2025 (see Dkt. 13). The Parties propose striking this deadline in order to continue to facilitate a possible negotiated resolution. If no agreement can be reached, the Parties agree to submit a new proposed discovery schedule to the Court within twenty-one (21) days of Defendant's receipt of the Audit results.

4. The Parties propose that they will submit a joint status report on or before October 31, 2025, which will inform the Court of their progress and any additional issues that may arise.

Dated: September 16, 2025

Respectfully Submitted,

| | |
|---|---|
| */s/Naomi Frisch* | */s/Kathleen M. Cahill* |
| Naomi Frisch | Kathleen M. Cahill |
| Asher, Gittler, & D'Alba, Ltd. | Allocco, Miller & Cahill, P.C. |
| 200 West Jackson Blvd., Ste. 720 | 20 N. Wacker Dr., Suite 3517 |
| Chicago, Illinois 60606 | Chicago, IL 60606 |
| Phone: (312) 263-1500 | (312)675-4325 |
| naomi@ulaw.com | kmc@alloccomiller.com |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |