## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Trustees of the Line Construction Benefit Fund
                                Plaintiff,

v.                                                       Case No.: 1:25−cv−00311
                                                              Honorable Joan B. Gottschall

Josco Construction Services, Inc.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 17, 2025:

      MINUTE entry before the Honorable Joan B. Gottschall: As the parties propose [18], the October 31, 2025, discovery deadline is stricken. The next status report is due on or before October 31, 2025. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.