IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE LINE CONSTRUCTION BENEFIT FUND, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 25-CV-00311 |
| v. | ) ) | Hon. Joan B. Gottschall |
| JOSCO CONSTRUCTON SERVICES, INC. | ) ) ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiffs, TRUSTEES OF THE LINE CONSTRUCTION BENEFIT FUND ("Plaintiffs" or "the Fund"), and Defendant, JOSCO CONSTRUCTION SERVICES, INC. ("Defendant" or "Josco"), by and through their respective undersigned attorneys, submit this Joint Status Report pursuant to the Court's September 17, 2025 minute order (Dkt.19) as follows:

1. As of the filing of this report, the Audit is nearing completion.

2. Based on information provided in the Audit, the Parties still prefer to spend their resources on trying to find a negotiated resolution, and believe that a negotiated resolution is possible, but now understand that some discovery may be required before that resolution can be reached.

3. Therefore, the Parties propose the following discovery plan:

    a. Initial Disclosures to be exchanged no later than December 19, 2025;

    b. Written discovery requests to be issued by January 30, 2026;

    c. Further deadlines to be set as the matter progresses.

4. The Parties propose that they will submit a joint status report on or before February 6, 2026, which will inform the Court of their progress and any additional issues that may

1

arise, as well as propose further discovery deadlines based on the nature of discovery completed to date.

Dated: October 31, 2025

Respectfully Submitted,

| | |
|---|---|
| */s/Naomi Frisch* | */s/Kathleen M. Cahill* |
| Naomi Frisch<br>Asher, Gittler, & D'Alba, Ltd.<br>200 West Jackson Blvd., Ste. 720<br>Chicago, Illinois 60606<br>Phone: (312) 263-1500<br>naomi@ulaw.com | Kathleen M. Cahill<br>Allocco, Miller & Cahill, P.C.<br>20 N. Wacker Dr., Suite 3517<br>Chicago, IL 60606<br>(312)675-4325<br>kmc@alloccomiller.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |