**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Trustees of the Line Construction Benefit Fund
          Plaintiff,

v.           Case No.: 1:25−cv−00311
          Honorable Joan B. Gottschall

Josco Construction Services, Inc.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 3, 2025:

    MINUTE entry before the Honorable Joan B. Gottschall: The parties' proposed scheduling order is adopted. Initial disclosures to be exchanged no later than December 19, 2025; written discovery requests to be issued by January 30, 2026. The next status report is due by and including February 6, 2026. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.