**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE LINE CONSTRUCTION BENEFIT FUND, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 25-CV-00311 |
| v. | ) ) | Hon. Joan B. Gottschall |
| JOSCO CONSTRUCTON SERVICES, INC. | ) ) ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiffs, TRUSTEES OF THE LINE CONSTRUCTION BENEFIT FUND ("Plaintiffs" or "the Fund"), and Defendant, JOSCO CONSTRUCTION SERVICES, INC. ("Defendant" or "Josco"), by and through their respective undersigned attorneys, submit this Joint Status Report pursuant to the Court's November 3, 2025 minute order (Dkt.21) as follows:

1. The Parties have exchanged initial disclosures in accordance with Federal Rule Civil Procedure 26(a)(1).

2. Plaintiffs served discovery requests on Defendant on January 30, 2026, as required by the Order (Dkt. 21).

3. Defendant has not yet served discovery requests on Plaintiff.

4. The Parties propose the following discovery plan:

    a. Fact discovery to close on August 31, 2026

    b. Dispositive motions to be filed by October 31, 2026

5. The Parties propose that they will submit a joint status report on or before April 1, 2026, which will inform the Court of their progress and any additional issues that may arise.

Dated: February 6, 2026

Respectfully Submitted,

| | |
|---|---|
| */s/Naomi Frisch* | */s/Kathleen M. Cahill* |
| Naomi Frisch | Kathleen M. Cahill |
| Asher, Gittler, & D'Alba, Ltd. | Allocco, Miller & Cahill, P.C. |
| 200 West Jackson Blvd., Ste. 720 | 20 N. Wacker Dr., Suite 3517 |
| Chicago, Illinois 60606 | Chicago, IL 60606 |
| Phone: (312) 263-1500 | (312)675-4325 |
| naomi@ulaw.com | kmc@alloccomiller.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |