## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Trustees of the Line Construction Benefit Fund

                                 Plaintiff,

v.                                      Case No.: 1:25–cv–00311

                                      Honorable Joan B. Gottschall

Josco Construction Services, Inc.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 3, 2026:

      MINUTE entry before the Honorable Joan B. Gottschall: The April 1, 2026, status report deadline has come and gone, and nothing has been filed. The court on its own motion extends the status report deadline to and including May 1, 2026.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.