**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| TRUSTEES OF THE LINE CONSTRUCTION BENEFIT FUND, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 25-CV-00311 |
| | ) | |
| v. | ) | Hon. Joan B. Gottschall |
| | ) | |
| JOSCO CONSTRUCTON SERVICES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENTRY OF STIPULATED JUDGMENT**

The Parties, Plaintiffs, TRUSTEES OF THE LINE CONSTRUCTION BENEFIT FUND ("Plaintiffs" or "the Fund"), and Defendant, JOSCO CONSTRUCTION SERVICES, INC. ("Defendant" or "Josco"), by and through their respective undersigned attorneys, hereby submit this joint motion for Entry of Stipulated Judgment pursuant to Fed. R. Civ. P. 58. In support of their motion, the Parties state as follows:

1.      In this action, Plaintiffs bring claims against Defendant under the provisions of Sections 502(g)(2), 502 (a)(3), and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1132(g)(2), 1132(a)(3), and 1145, seeking to compel compliance with a requested audit and collect any resulting delinquent contributions and related sums pursuant to applicable collective bargaining agreements and plan documents. [*See* Dkt. 1].

2.      Defendant answered the Complaint on February 21, 2025. [Dkt. 9]. The parties agreed to stay discovery pending settlement discussions. [*See* Dkts. 11, 15, 17, 19]. A proposed discovery plan was entered on May 2, 2025, modified on November 3, 2025, and extended again on February 9, 2026. [Dkts. 13, 21, 24].

1

3. The Parties exchanged initial disclosures in January, 2026, and Plaintiffs served discovery requests on Defendant on January 30, 2026. Defendant did not serve discovery requests on Plaintiffs.

4. Defendant timely answered Plaintiffs' Requests for Admissions but did not answer interrogatories or document requests.

5. Thereafter, the Parties met and conferred regarding discovery, and once again attempted settlement talks, which were unsuccessful.

6. Concurrently, Plaintiffs were attempting to complete the Audit based on information provided prior to the discovery process. Plaintiffs requested additional records to complete the audit. Defendant informed Plaintiffs that it produced all the records in its possession and no further records existed. Believing that seeking any further compliance action by the Court was futile and an inefficient use of resources, Plaintiffs decided to use the information they had available to attempt to complete the Audit.

7. On or around March 9, 2026, Plaintiffs completed a revised Audit showing estimated contributions owed of $ 213,657.80 plus $161,336.13 in associated liquidated damages and interest pursuant to the Funds' Trust Agreements. The fees associated with this Audit are $7,753.00.

8. To date, Plaintiffs have incurred at least $9,429.09 in attorneys' fees and costs in pursuing this matter.

9. In order to avoid the time and expense of further litigation in this matter, the parties have stipulated and agreed to an entry of judgment in the amount of $392,176.02, representing the sum of the amounts owed for delinquent contributions, liquidated damages, interest, audit fees, and attorneys' fees and costs.

2

WHEREFORE, the Parties pray that this honorable Court grant this joint motion and enter a Judgment and Order, as follows:

A. That the Court enter judgment against Defendant and in favor of Plaintiffs in the amount of $382,746.93, representing (1) delinquent contributions and associated liquidated damages and interest in the amount of $374,993.93, pursuant to the auditor's findings; and (2) Audit fees of $7,753.00, pursuant to the Fund's Trust Agreements and Collections Policies; and

B. That the Court award Attorneys' fees and costs totaling $9,429.09 to Plaintiffs; and

C. That the Court award post-judgment interest on all amounts adjudged to be owed to Plaintiffs at the applicable rate.

Date: April 24, 2026

Respectfully Submitted By:

*/s/Naomi Frisch*
Counsel for Plaintiffs
Asher, Gittler & D'Alba, Ltd.
200 W Jackson, Suite 720
Chicago, IL 60606
(312)263-1500
naomi@ulaw.com

*/s/Kathleen Cahill*
Counsel for Defendant
ALLOCCO, MILLER & CAHILL, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
(312) 675-4325
kmc@alloccomiller.com

3