**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE LINE CONSTRUCTION BENEFIT FUND, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 25-CV-00311 |
| v. | ) ) | Hon. Joan B. Gottschall |
| JOSCO CONSTRUCTON SERVICES, INC. | ) ) | |
| Defendant. | ) | |

**STIPULATED JUDGMENT ORDER**

This cause coming to be heard upon the Parties' Joint Motion for Entry of Stipulated Judgment, filed April 24, 2026, and the Court being fully advised in the premises,

**IT IS NOW THEREFORE ORDERED:**

1. That the Parties' Joint Motion for Entry of Stipulated Judgment in favor of Plaintiffs, TRUSTEES OF THE LINE CONSTRUCTION BENEFIT FUND, and against Defendant, JOSCO CONSTRUCTION SERVICES, INC., is hereby granted, and judgment is hereby entered on the terms set forth herein.

2. Plaintiffs are awarded damages in the total amount of THREE HUNDRED EIGHTY-TWO THOUSAND, SEVEN HUNDRED FORTY-SIX AND 93/100 DOLLARS ($382,746.93), representing (1) delinquent contributions and associated liquidated damages and interest in the amount of $374,993.93, pursuant to the auditor's findings; and (2) audit fees of $7,753.00.

3. Plaintiffs are further awarded attorneys' fees and costs totaling NINE THOUSAND, FOUR HUNDRED TWENTY-NINE AND 09/100 DOLLARS ($9,429.09).

1

2

4. The total judgment entered in favor of Plaintiffs and against Defendant is $392,176.02, plus post-judgment interest.

5. That the Court reserves jurisdiction with respect to any supplemental proceedings to be instituted by the Plaintiffs in order to enforce the judgment entered herein.

Date: April 27, 2026

/s/ Joan B. Gottschall
United States District Judge

2